■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED GENCARELLI, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ROBERT PORTERFIELD et al., Respondents, v. SAMUEL SAFFAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BURTON.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LORENZO REGESTER.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.— Motion granted insofar as to allow defendant-appellant to have the appeals heard in one appeal book, without duplication of printing. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of ANNA V. McCARTHY, Deceased. ALICE McCARTHY, Appellant; JOHN E. McGEEHAN et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of ANNA V. McCARTHY, Deceased. ALICE McCARTHY, Appellant; JOHN E. McGEEHAN et al., Respondents.— Motion granted to the extent of extending appellant's time to file the undertaking required by section 298 of the Surrogate's Court Act, until 15 days after service of a copy of this order on her attorney, with notice of entry thereof, and enlarging her time to serve and file the record on appeal and appellant's points up to and including December 8, 1959, with notice of argument for the January 1960 Term of this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FRIEDA BLATZ et al. v. CITY OF NEW YORK.— Motion granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the Corporation Counsel of the City of New York and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH QUITTNER et al., as Executors of HERMAN LEVINE, Deceased. MARILYN P. KLION et al.— Motion granted insofar as to permit Henry I. Levine, general guardian of Louise J. Levine, Barbara F. Levine and Chester C. Lawrence, III, infants, and Sanford J. Klion, general guardian of Scott Klion, Seth Klion and Jill Hazel Klion, infants, to intervene as parties respondent on this appeal and staying all further proceedings in connection with this appeal pending the judicial settlement of the executors' accounts by the Surrogate's Court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.